[No. 63306-6-I. Division One. August 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. REX B. CRUSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07837-8, Catherine D. Shaffer, J., entered April 13, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 63480-1-I. Division One. August 9, 2010.]

*In the Matter of the Personal Restraint of* RICHARD ALLEN DUNN, *Petitioner*.

Petition for relief from personal restraint. *Granted in part, denied in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 63566-2-I. Division One. August 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00964-4, John M. Meyer, J., entered February 26, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.

[No. 63718-5-I. Division One. August 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE SANCHEZ-FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00022-0, Dave Needy, J., entered June 12, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.